# UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Owensboro Division**

| | | |
|---|---|---|
| Jason Morgan | ) | |
|     *Plaintiff* | ) | |
| | ) | |
| v. | ) | Case No.   4:17-cv-00154-JHM |
| | ) | |
| Ally Financial, Inc. *et al.* | ) | |
|     *Defendants* | ) | |
| | ) | |

### NOTICE OF SETTLEMENT AS TO ALL CLAIMS AGAINST ALL DEFENDANTS

Please take notice that Plaintiff, Jason Morgan, has reached a global settlement with all Defendants in this action. The settlement includes all claims against all Defendants. Once the settlement is final, the parties will file a joint dismissal with prejudice.

Respectfully submitted,

/s/ James R. McKenzie
James R. McKenzie
J. Hays Lawson
*Credit Defense Attorneys, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel:   (502) 371-2179
Fax:   (502) 257-7309
james@creditdefenseky.com
hays@creditdefenseky.com
*Counsel for Plaintiff*
*Jason Morgan*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 4th day of December, 2017, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I further certify that I served the foregoing via U.S. Mail, postage prepaid, this 4th day of December, 2017 via U.S. Mail to the following:

Toyota Motor Credit Corp.
c/o CT Corporation System
306 W. Main Street, Suite 512
Frankfort, KY 40601

                                    /s/ James R. McKenzie
                                    *Counsel for Plaintiff*
                                    *Jason Morgan*