# UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Owensboro Division**

| | |
|---|---|
| Jason Morgan )<br>    *Plaintiff* )<br> )<br>v. )<br> )<br>Ally Financial, Inc. *et al.* )<br>    *Defendants* )<br> ) | Case No.   4:17-cv-00154-JHM |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT TOYOTA MOTOR CREDIT CORP.
### AND
### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL REMAINING DEFENDANTS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Jason Morgan, by counsel, hereby gives notice that the parties in this action have reached settlement as to all claims and are in agreement to the dismissal, with prejudice, as to Plaintiff's claims against Defendant Toyota Motor Credit Corp. pursuant to the parties' settlement. Except as otherwise agreed, the parties shall each bear their own costs, expenses, and attorney's fees.

The parties further request, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that they hereby jointly request this Court dismiss, with prejudice, Plaintiff's claims against all remaining Defendants in this action pursuant to the parties' settlement as evidenced by the signatures of counsel for each of the parties below. Except as otherwise agreed, the parties shall each bear their own costs, expenses, and attorney's fees.

HAVE SEEN AND APPROVED:

/s/ James R. McKenzie
**James R. McKenzie**
James H. Lawson
*Credit Defense Attorneys, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel:	(502) 371-2179
Fax:	(502) 257-7309
james@creditdefenseky.com
hays@creditdefenseky.com
*Counsel for Plaintiff*
*Jason Morgan*

/s/ Jonathan M. Kenney (by permission)
Jonathan M. Kenney
*Troutman Sanders LLP*
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Tel: (757) 687-7529
Fax: (757) 687-7510
jon.kenney@troutmansanders.com
*Counsel for Defendants*
*Ally Financial, Inc.,*
*Branch Banking & Trust Co., and*
*Citizens Bank, N.A.*

/s/ Reid Manley (by permission)
Reid Manley
*Burr & Forman LLP*
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Tel: (205) 251-3000
Fax: (205) 458-5100
rmanley@burr.com
*Counsel for Defendants*
*Americredit Financial Services, Inc.,*
*Capital One, N.A., and*
*GM Financial, assumed name for*
*Americredit Financial Services, Inc.*

/s/ Bart L. Greenwald (by permission)
Bart L. Greenwald
*Duncan Galloway Egan Greenwald PLLC*
9750 Ormsby Station Road, Suite 210
Louisville, KY 40223
Tel: (502) 614-6974
bgreenwald@dgeglaw.com
*Counsel for Defendant*
*Evansville Teachers Federal*
*Credit Union*

/s/ Jason T. Ams (by permission)
Jason T. Ams
*Bingham Greenebaum Doll LLP*
300 W. Vine Street, Suite 1200
Lexington, KY 40507
Tel: (859) 231-8500
Fax: (859) 255-2742
jams@bgdlegal.com
*Counsel for Defendant*
*Heritage Federal Credit Union*

/s/ Briana L. Clark (by permission)
Briana L. Clark
Whitney L. Mosby
*Bingham Greenebaum Doll LLP*
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204
Tel: (317) 968-5481
Fax: (317) 236-9907
bclark@bgdlegal.com
wmosby@bgdlegal.com
*Counsel for Defendant*
*Heritage Federal Credit Union*

/s/ Christy A. Ames (by permission)
Christy A. Ames
Zachary M. VanVactor
*Stites & Harbison PLLC*
400 West Market Street, Suite 1800
Louisville, KY 40202-3352
Tel: (502) 587-3400
cames@stites.com
zvanvactor@stites.com
*Counsel for Defendants*
*Bank of the West,*
*Chrysler Capital, assumed name for*
*Santander Consumer USA, Inc.,*
*Santander Consumer USA, Inc., and*
*Regions Bank*

/s/ M. Thurman Senn (by permission)
M. Thurman Senn
John T. McGarvey
*Morgan & Pottinger, P.S.C.*
401 South Fourth Street, Suite 1200
Louisville, KY 40202
Tel: (502) 589-2780
Fax: (502) 585-3498
mts@morganandpottinger.com
jtm@morganandpottinger.com
*Counsel for Defendant*
*Old National Bank*

/s/ Jennifer M. Jabroski (by permission)
Jennifer M. Jabroski
*Reminger Co., L.P.A.*
250 Grandview Drive, Suite 550
Ft. Mitchell, KY 41017
Tel: (859) 426-4635
Fax: (859) 283-6074
jjabroski@reminger.com
*Counsel for Defendant*
*Watermark's Hudson Toyota,*
*Assumed name for*
*WMTC, LLC*