# UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Owensboro Division**

| | | |
|---|---|---|
| Jason Morgan<br>*Plaintiff*<br><br>v.<br><br>Ally Financial, Inc. *et al.*<br>*Defendants* | ) ) ) ) ) ) ) ) ) | Case No.  4:17-cv-00154-JHM |

### ORDER DISMISSING WITH PREJUDICE AS TO ALL DEFENDANTS

Plaintiff Jason Morgan and all Defendants, having jointly stipulated that this case be dismissed with prejudice as to all claims against all Defendants as evidenced by the signatures of counsel for the parties, and the court being sufficiently advised:

**IT IS THEREFORE ORDERED** that Plaintiff Jason Morgan's claims against all Defendants in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses, and fees.

APPROVED BY:

/s/ James R. McKenzie
**James R. McKenzie**
James H. Lawson
*Credit Defense Attorneys, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel:    (502) 371-2179
Fax:    (502) 257-7309
james@creditdefenseky.com
hays@creditdefenseky.com
*Counsel for Plaintiff*
*Jason Morgan*

/s/ Jonathan M. Kenney (by permission)
Jonathan M. Kenney
*Troutman Sanders LLP*
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Tel: (757) 687-7529
Fax: (757) 687-7510
jon.kenney@troutmansanders.com
*Counsel for Defendants*
*Ally Financial, Inc.,*
*Branch Banking & Trust Co., and*
*Citizens Bank, N.A.*

/s/ Reid Manley (by permission)
Reid Manley
*Burr & Forman LLP*
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Tel: (205) 251-3000
Fax: (205) 458-5100
rmanley@burr.com
*Counsel for Defendants*
*Americredit Financial Services, Inc.,*
*Capital One, N.A., and*
*GM Financial, assumed name for*
*Americredit Financial Services, Inc.*

/s/ Bart L. Greenwald (by permission)
Bart L. Greenwald
*Duncan Galloway Egan Greenwald PLLC*
9750 Ormsby Station Road, Suite 210
Louisville, KY 40223
Tel: (502) 614-6974
bgreenwald@dgeglaw.com
*Counsel for Defendant*
*Evansville Teachers Federal*
*Credit Union*

/s/ Jason T. Ams (by permission)
Jason T. Ams
*Bingham Greenebaum Doll LLP*
300 W. Vine Street, Suite 1200
Lexington, KY 40507
Tel: (859) 231-8500
Fax: (859) 255-2742
jams@bgdlegal.com
*Counsel for Defendant*
*Heritage Federal Credit Union*

/s/ Briana L. Clark (by permission)
Briana L. Clark
Whitney L. Mosby
*Bingham Greenebaum Doll LLP*
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204
Tel: (317) 968-5481
Fax: (317) 236-9907
bclark@bgdlegal.com
wmosby@bgdlegal.com
*Counsel for Defendant*
*Heritage Federal Credit Union*

/s/ Christy A. Ames (by permission)
Christy A. Ames
Zachary M. VanVactor
*Stites & Harbison PLLC*
400 West Market Street, Suite 1800
Louisville, KY 40202-3352
Tel: (502) 587-3400
cames@stites.com
zvanvactor@stites.com
*Counsel for Defendants*
*Bank of the West,*
*Chrysler Capital, assumed name for*
*Santander Consumer USA, Inc.,*
*Santander Consumer USA, Inc., and*
*Regions Bank*

/s/ M. Thurman Senn (by permission)
M. Thurman Senn
John T. McGarvey
*Morgan & Pottinger, P.S.C.*
401 South Fourth Street, Suite 1200
Louisville, KY 40202
Tel: (502) 589-2780
Fax: (502) 585-3498
mts@morganandpottinger.com
jtm@morganandpottinger.com
*Counsel for Defendant*
*Old National Bank*

/s/ Jennifer M. Jabroski (by permission)
Jennifer M. Jabroski
*Reminger Co., L.P.A.*
250 Grandview Drive, Suite 550
Ft. Mitchell, KY 41017
Tel: (859) 426-4635
Fax: (859) 283-6074
jjabroski@reminger.com
*Counsel for Defendant*
*Watermark's Hudson Toyota,*
*Assumed name for*
*WMTC, LLC*